**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**SAMUEL N. ANDERS**                                                                         **PETITIONER**

**v.**                                                                             **No. 1:10CV117-P-A**

**SHERIFF CHARLES RHEINHART, ET. AL.**                         **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's motion to dismiss instant petition for a writ of *habeas corpus* is **GRANTED** and the present petition **DISMISSED** for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 18th day of January, 2011.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE